

# Fourth Court of Appeals
## San Antonio, Texas

September 24, 2015

No. 04-15-00577-CV

**IN THE INTEREST OF A.E.M.,** a Child,

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-PA-01616
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

In this accelerated appeal of an order terminating Appellant's parental rights, the trial court signed the termination order on August 19, 2015. Appellant's notice of appeal was due on September 8, 2015. *See* TEX. R. APP. P. 26.1(b). A motion for extension of time to file a notice of appeal was due not later than September 23, 2015. *See id.* R. 26.3.

Appellant's notice of appeal was filed on September 15, 2015. *See generally Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997) ("[A] motion for extension of time is necessarily implied when an appellant acting in good faith files a [notice of appeal] beyond the time allowed by Rule [26.1], but within the fifteen-day period in which the appellant would be entitled to move to extend the filing deadline under Rule [26.3]."). If the notice was not timely filed, the appellant must offer a reasonable explanation for failing to file the notice of appeal in a timely manner. *See id.*; TEX. R. APP. P. 26.3, 10.5(b)(1)(C).

We ORDER Appellant to file a written response within TEN DAYS of the date of this order presenting a reasonable explanation for failing to file the notice of appeal in a timely manner. *See Verburgt*, 959 S.W.2d at 617. If Appellant fails to respond within the time provided, this appeal will be dismissed. *See* TEX. R. APP. P. 42.3(c).

All other appellate deadlines are SUSPENDED pending further order of this court.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of September, 2015.



_____
Keith E. Hottle
Clerk of Court